UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARA SCHULER

PLAINTIFF,

V.                                                         CIVIL ACTION NO.

GC SERVICES LIMITED PARTNERSHIP

DEFENDANT                                     FEBRUARY 19, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C. 1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On or about September 13, 2007, defendant violated 15 U.S.C. §§ 1692d by continually harassing and threatening Plaintiff about Plaintiff's position with

Plaintiff's employer. Defendant made statements such as "Good luck keeping your job" and "You are no asset to your job".

7. On or about September 13, 2007, Defendant violated 15 U.S.C. §§ 1692e by threatening to send a sheriff to Plaintiff's house to collect debt.

8. On or about September 13, 2007, Defendant violated 15 U.S.C. §§ 1692e by representing that there was a lawsuit against Plaintiff, where no such action was taken.

9. On or about September 13, 2007, Defendant violated 15 U.S.C. §§ 1692e by threatening to attach the Plaintiff's wages.

10. On or about September 13, 2007, Defendant violated 15 U.S.C. §§ 1692g by demanding payment from Plaintiff in Defendant's first communication without allowing Plaintiff the right to validate the debt.

11. On or about September 15, 2007, Defendant violated 15 U.S.C. §§ 1692c by continuing to communicate by phone with Plaintiff after being told to communicate via mail.

12. On or about September 15, 2007, Defendant violated 15 U.S.C. §§ 1692c by continually communicated with Plaintiff's mother after being advised to cease and desist contact.

13. On or about September 15, 2007, Defendant violated 15 U.S.C §§ 1692c by continually contacting Plaintiff at Plaintiff's place of business after being advised not to do so.

14. In the collection efforts, Defendant violated the FCPA, *inter alia,* section 1692c, -d, -e and, -g.

**Second Count.**

15. The allegations of the First Count are repeated and realleged as if fully set forth herein.

16. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.,* or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

17. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the Defendant;

2. Award Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other further relief as law or equity may provide.

THE PLAINTIFF

BY /s/ Max Rosenberg

Max L. Rosenberg
Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT  06614
Tel (203)380-8191
Fax(203)3808191
Fed. Juris No. ct26742