UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARA SCHULER | : | CIVIL ACTION NO. 3:08CV00275(VLB) |
| Plaintiff, | : | |
| V. | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant. | : | MAY      , 2008 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                                              THE DEFENDANT

By /s/ Max L. Rosenberg, Esq.                              By /s/ Jonathan D. Elliot

Thornberry & Rosenberg, LLC                               Zeldes, Needle & Cooper, PC
3333 Main Street                                          1000 Lafayette Boulevard
Stratford, CT  06614                                      Bridgeport, CT  06604
Tel. 203-380-8189                                         Tel. 203-333-9441
Fax 203-380-8191                                          Fax 203-222-1489